IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| M.G., | : | |
|     Plaintiff, | : | |
| v. | : | Case No. 3:24-cv-00041-AGH |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
|     Defendant. | : | |

## ORDER

On July 22, 2024, the Commissioner filed his Answer and the administrative transcript in this matter (ECF No. 8). Consistent with the Local Rules of this Court, Plaintiff is **DIRECTED** to file a brief in support of her claim or claims in this matter **within thirty (30) days** of the date of this Order. *See* M.D. Ga. L.R. 9.3. When Plaintiff files her brief, the Commissioner will have thirty (30) days to file a brief in support of the Commissioner's administrative decision, and Plaintiff may file any desired reply to the Commissioner's brief **within fourteen (14) days** of the date the Commissioner files his brief. *Id.* Once briefing has concluded, the Court will issue its order on Plaintiff's claim or claims.

**SO ORDERED AND DIRECTED**, this 22nd day of July, 2024.

                                           s/ *Amelia G. Helmick*
                                           UNITED STATES MAGISTRATE JUDGE